UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                                  ) CASE NO. MJ 13-370
      Plaintiff, )
                                                  )
      v. )
                                                  ) DETENTION ORDER
LEONARD D. CHARLES, )
                                                  )
      Defendant. )

<u>Offense charged</u>: Drug Conspiracy; Money Laundring

<u>Date of Detention Hearing</u>: July 29, 2013.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

      <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

      1.     Defendant is charged by Indictment from the District of Alaska, CR13-079.

DETENTION ORDER
PAGE -1

Following a hearing, the Court found probable cause to establish his identity as the person charged in the Indictment.

2. Defendant was not interviewed by Pretrial Services. Much of his background information is unknown or unverified. Defendant requests leave to raise the issue of detention when he appears in the charging District.

3. The Court finds that Defendant poses a risk of flight and a risk of danger based on criminal history, which includes failures to appear, failures to self-report and violation of the conditions of supervision.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 30th day of July, 2013.

Mary Alice Theiler
United States Magistrate Judge